

FILED
JUN 28 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:23 CR 330 JUDGE HELMICK |
| TYLER CODY MITCHELL, | ) Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), 922(g)(3) and 924(a)(8), and 1001(a)(2) |
| Defendant. | ) |



COUNT 1
(False Statement in Connection with the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1. On or about February 24, 2023, in the Northern District of Ohio, Western Division, Defendant TYLER CODY MITCHELL, in connection with the attempted acquisition of firearms, to wit: a BRG USA, BRG9 Elite, 9mm pistol, serial number TG019-21A00535 and a BRG USA, BRG9 Elite, 9mm pistol, serial number TG019-21A00534, from Towers Armory, located in Oregon, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements, which were intended to deceive the firearms dealer, as to facts material to the lawfulness of such sale of said firearms to MITCHELL under Chapter 44 of Title 18, in that MITCHELL did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual buyer/transferee and that he was

not an unlawful user of, or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, knowing the statements were false, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)

## COUNT 2
(Possession of a Firearm by an Unlawful User of a Controlled Substance, 18 U.S.C. §§ 922(g)(3) and 924(a)(8))

The Grand Jury further charges:

2. On or about February 24, 2023, in the Northern District of Ohio, Western Division, Defendant TYLER CODY MITCHELL, knowing he was an unlawful user of a controlled substance, knowingly possessed in and affecting interstate commerce firearms, to wit: a BRG USA, BRG9 Elite, 9mm pistol, serial number TG019-21A00535 and a BRG USA, BRG9 Elite, 9mm pistol, serial number TG019-21A00534 said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT 3
(False Statement, 18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

3. On or about March 31, 2023, in the Northern District of Ohio, Western Division, Defendant TYLER CODY MITCHELL did willfully and knowingly make a materially false statement in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely stating to agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives that he had discarded two firearms when, in fact, he purchased the two firearms for other individuals, in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE

The Grand Jury further charges:

4.  The allegations of Count 1 and 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant TYLER CODY MITCHELL shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.